UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORUS VISION, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLIED BALLISTICS, LLC, et al.,<br><br>    Defendants. | Case No.  14-cv-05206-BLF<br><br>**CASE MANAGEMENT ORDER** |

On January 08, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 09/17/2015 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Claims Construction Hearing | 07/24/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the Court finds a Claims Construction Tutorial is not
6 necessary at this time.
7    IT IS FURTHER ORDERED THAT the Court adopts schedule in Joint Case Management
8 Statement through Claims Construction.

Dated: January 08, 2015

BETH LABSON FREEMAN
United States District Judge