# APPENDIX A

# APPENDIX A

## Disclosures of the '971 Patent

| | |
|---|---|
| <br>FIG. 12 | "FIG. 12 is a front view of a reticle of the present invention including a circumscribing ring and an aiming dot located at the optical center, the spacing and the markings based upon an 'inch of angle' (IOA ™) scale[.]" ('971 patent at 9:41-44.) |
| <br>FIG. 32 | "FIG. 32 is a front view of a reticle of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power[.]" (*Id.* at 11:12-14.) |



FIG. 37

"FIG. 37 is a front view of a reticle of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power and with the primary horizontal cross-hair intersecting the primary vertical cross-hair above optical center; suitable for use, for example, in tactical, military, and police applications[.]" (*Id.* at 11:42-47.)

FIG. 38a

"FIG. 38a shows an image of the reticle as viewed through the telescopic gunsight at high power[.]" (*Id.* at 11:53-55.)



FIG. 44a

"FIG. 44a is a front view of a reticle of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power in day light, with lead markers along the primary horizontal cross-hair suitable for use, for example, in tactical, military, and police applications." (*Id.* at 13:1-5.)

FIG. 48a

"As exemplified in FIG. 48, in one embodiment, the reticle of the present invention comprises primary and secondary horizontal cross-hairs of unequal length. In some embodiments, as shown in reticle 45a [*sic – 48a*], reticles of the present invention comprise[] a central aiming point marked, for example, by a cross or solid aiming dot suitable for use, for example, in tactical, military, and police applications in targeting a moving object." (*Id.* 48:44-51.)



| FIG. 48b | "FIG. 48b is a front view of a reticle of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power, with lead markers along horizontal cross-hairs suitable for use, for example, in tactical, military, and police applications in targeting a moving object." (*Id.* at 14:15-19.) |
|---|---|
| FIG. 50b | "As shown in FIG. 50b, in another embodiment, a reticle of the present invention comprises horizontal cross-hairs of unequal length, identification markings of unequal size along, between and at the end of horizontal and vertical cross-hairs, and an aiming dot." (*Id.* at 48:66-49:4.) |

|  FIG. 51i | Figures 51i and 51ad (Drawing Sheets 97 and 118)<br><br>"FIGS. 51a-u are a front view of reticle markings of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power. FIGS. 51b-u provide magnified views of subregions of the reticle. FIG. 51a provides a coordinate map overlaying an outline circle of the reticle showing where each of the subregions of FIGS. 51b-u correspond to the reticle outline circle. FIG. 51a is shown in scale. FIGS. 51a-u are in scale as represented in the coordinate map of FIG. 51a."<br><br>"FIGS. 51v-ap are a front view of reticle markings of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power. FIGS. 51w-ap provide magnified views of subregions of the reticle. FIG. 51v provides a coordinate map overlaying an outline circle of the reticle showing where each of the subregions of FIGS. 51w-ap correspond to the reticle outline circle. FIG. 51v is shown in scale. FIGS. 51w-ap are in scale as represented in the coordinate map of FIG. 51v." (*Id.* at 14:35-52.) |
|---|---|

Figure 51ar (Drawing Sheet 132)

"FIGS. 51aq-au are a front view of reticle markings of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power. FIGS. 51ar-au provide magnified views of subregions of the reticle markings. FIG. 51aq provides a coordinate map outlining where each of the subregions of FIGS. 51ar-au correspond to the whole of the reticle markings. FIG. 51aq is shown in scale. FIGS. 51ar-au are in scale as represented in the coordinate map of FIG. 51aq." (*Id.* at 14:53-61.)

Figures 52g, 52r, 52ac, and 52an (Drawing Sheets 142, 153, 164, and 175)

"FIGS. 52a-m are a front view of a reticle of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power, with lead markers along a primary horizontal cross-hair suitable for use, for example, in tactical, military, and police applications. FIGS. 52b-m provide magnified views of subregions of the reticle. FIG. 52a provides a coordinate map overlaying an outline circle of the reticle showing where each of the subregions of FIGS. 52b-m correspond to the reticle outline circle. FIG. 52a is shown in scale. FIGS. 52b-m vary in scale as represented in the coordinate map of FIG. 52a.

FIGS. 52n-x are a front view of a reticle of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power, with lead markers along a primary horizontal cross-hair suitable for use, for example, in tactical, military, and police

> applications. FIGS. 52o-x provide magnified views of subregions of the reticle. FIG. 52n provides a coordinate map overlaying an outline circle of the reticle showing where each of the subregions of FIGS. 52o-x correspond to the reticle outline circle. FIG. 52n is shown in scale. FIGS. 52o-52x vary in scale as represented in the coordinate map of FIG. 52n.
>
> FIGS. 52y-ai are a front view of a reticle of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power, with lead markers along a primary horizontal cross-hair suitable for use, for example, in tactical, military, and police applications. FIGS. 52z-ai provide magnified views of subregions of the reticle. FIG. 52y provides a coordinate map overlaying an outline circle of the reticle showing where each of the subregions of FIGS. 52z-ai correspond to the reticle outline circle. FIG. 52y is shown in scale. FIGS. 52z-ai vary in scale as represented in the coordinate map of FIG. 52y.
>
> FIGS. 52aj-at are a front view of a reticle of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power, with lead markers along a primary horizontal cross-hair suitable for use, for example, in tactical, military, and police applications. FIGS. 52ak-at provide magnified views of subregions of the reticle. FIG. 52aj provides a coordinate map overlaying an outline circle of the reticle showing where each of the subregions of FIGS. 52ak-at correspond to the reticle outline circle. FIG. 52aj is shown in scale. FIGS. 52ak-at vary in scale as represented in the coordinate map of FIG. 52aj." (*Id.* at 14:62-15:38.)

|  | Figure 52au (Drawing Sheet 182)<br><br>"FIG. 52au is a front view of a reticle of the present invention, showing the markings as viewed through a zoom telescopic gunsight at high power, with lead markers along a primary horizontal cross-hair suitable for use, for example, in tactical, military, and police applications." (*Id.* at 15:39-43.) |
|---|---|