# EXHIBIT 2

**Exhibit 2 to Expert Declaration of Mike Lamb (U.S.M.C. Ret.)), June 22, 2015**
**Documents and Materials Reviewed**

**Patents and Patent File Histories:**

| |
|---|
| U.S. Patent No. 8,893,971 |
| U.S. Patent No. 7,937,878 |
| United States Patent No. 3,638,321 to H. Eglin, "Aiming device for light weapons particularly for combating moving air targets," issued February 1, 1972 ("Exhibit 4") |
| United States Patent Application Publication No. 2014/0123534 A1 of S.T. Hodnett, "Reticle including windage aiming points adjusted for distance to a target," published May 8, 2014 ("Exhibit 7") |

**Pleading, Discovery and Court's Order:**

| |
|---|
| "Order Construing Claim Terms of U.S. Patent No. 7,937,878," *Horus Vision, LLC v. Applied Ballistics, LLC*, Case No. 13-cv-05460-BLF, 2014 WL 6989233 (N.D. Cal. Dec. 9, 2014) |
| Joint Claim Construction and Prehearing Statement [Patent L.R. 4-3], Case No. 5:14-cv-05206-BLF-HRL, ECF No. 23, dated May 8, 2015 |

**Published Documents and Materials:**

| |
|---|
| 57-MM Gun, M1, U.S. Army War Department (1944) ("Exhibit 3") |
| U.S. Army Field Manual FM 23-10, United States Army Infantry School ATSH-INS3, Fort Benning, GA "Sniper Training" (Aug. 1994) ("Exhibit 6") |
| U.S. Marine Corps Filed Manual MCWP 3-15.3, "Sniping" (May 2004) ("2004 Field Manual") ("Exhibit 5") |

1