# EXHIBIT 5

# Part 2

FMFM 1-3B

DESERT

In sandy and desert areas, texture camouflage is normally not so necessary. Still, proper coloring of a suit that breaks up the sniper's human outline is needed. A bulky type smock of light material with a hood works well. The hands, face, and all equipment should be blended into a solid pattern after the terrain. The sniper must make full use of the terrain by properly selected and concealed routes of movement. For the most part, movement would be done under the cover of darkness with the sniper team hidden or set in position by daylight (for protection from elements).

URBAN AREAS

When deployed with regular troops in a built-up area, the sniper should be dressed as the troops are. But when the sniper is in position, he should be camouflaged to match the area he is in. A bulky, shapeless camouflage suit can be used that has been colored to match rubble and debris of the urban area, making sure the outline of the head is broken up by some type of hood. Movement should be extremely slow and careful, if at all, during daylight hours because of the unlimited amount of possible enemy sniper positions. Movement under the cover of darkness is preferable, being set in position by first light.

JUNGLE

In jungle areas, foliage, artificial camouflage, and camouflage paint are used in a contrasting pattern that will blend with the texture of the terrain. In a very hot and humid area, only a light camouflaged suit can be worn because of the great loss of body fluids caused by wearing a heavy suit. The vegetation is usually very thick, so more dependence can be made on using the natural foliage for concealment.

*THE SNIPER MUST BE CAMOUFLAGE CONSCIOUS FROM THE TIME HE DEPARTS ON A MISSION UNTIL THE TIME HE RETURNS.*

The sniper must constantly observe the terrain and vegetation changes to pick the most concealed routes of advance and to be certain he is camouflaged properly. He should utilize shadows caused by vegetation, terrain features, and cultural features to remain undetected. He must master the techniques of hiding, blending, and deceiving.

## CAMOUFLAGE DURING MOVEMENT

HIDING

Hiding is completely concealing the body from observation by laying in very thick vegetation, under leaves, or even by digging a shallow trench and covering up in it. The technique of hiding may be used if the sniper stumbles upon an enemy patrol and immediate concealment is needed, or if the sniper wishes to "lay low" during daylight hours to await darkness.



Figure 4-10. Sniper Blending With Terrain.

**BLENDING**

Blending is the technique used to the greatest extent in camouflage, since it is not always possible to completely camouflage in such a way as to be indistinguishable from the surrounding area. A sniper must remember that his camouflage needs to be so nearly perfect that he can not be recognized through optical gear nor with the human eye. He must be able to be looked at directly and not be seen. This takes much practice and experience.

**DECEIVING**

In deceiving, the enemy is tricked into a false conclusion regarding the sniper's location, intentions, or movement. By planting objects such as ammunition cans, food cartons, or something to intrigue, the sniper decoys the enemy into the open where he can be brought under fire. Cutting enemy communication wire and waiting for the repair personnel is another technique. After a unit has left a bivouac area, a sniper can be left behind to watch for enemy scouts that may search the area. Mannequins can be used to lure the enemy sniper into firing, thereby revealing his position.

FMFM 1-3B

Probably at no other time during the course of the mission will the sniper have more of a tendency to be careless than when he is returning to a friendly area. Fatigue and undue haste may override caution and planning. The enemy will have more intensive intelligence as the sniper's activities become known. Camouflage, concealment, and cautious movement then become of paramount importance. Attention to every detail and careful planning will enable the sniper to return safely to his unit and be available to execute another mission.

RETURN TO FRIENDLY AREA

## 404.  INDIVIDUAL MOVEMENT

Before a mission, there are a few items of preparation with which a sniper needs to pay particular attention. One is to plan a primary and an alternate route to and from the objective. This is done by studying, in depth, large-scale maps and aerial photographs of the area, and talking to people who have been through the areas before. He must know as much as possible about an area before moving through it. He must allow enough time for proper camouflage, which should match the type of terrain he will be moving through.

Prior to movement, an inspection should be held for all personnel to ensure that all shiny equipment is toned down, and that all gear is silenced. The sniper must ensure that only mission essential gear is taken along.

**PREPARATION  FOR  MOVEMENT**

ROUTE SELECTION

In selecting routes of movement, a sniper should try to avoid known enemy positions and obstacles. Open areas and exposed ridges should be avoided. He should seek routes with cover and concealment; trails should never be used. Advantage should be taken of the more difficult terrain—swamps, dense woods, etc. Areas believed to be under enemy observation, mined, or boobytrapped should be avoided. Villages or areas where the snipers are likely to meet natives should be skirted.

MOVEMENT

Normal infantry movement will not totally apply to a sniper. Snipers moving in small teams in the proximity of enemy troops cannot afford to be seen at anytime. Therefore, the sniper has to be doubly careful which, in turn, means he has to move considerably slower.

There are two important rules to remember about movement:

- Always assume the area is under observation.

- During movement, stop, look, and listen; plan the route; then move by bounds.

The sniper always OBSERVES from a covered position, as low to the ground as possible. He blends into the background, such as grass or brush, before observing. He looks around objects or through brush, not over it, noting everything in detail, and using binoculars if needed.

The sniper LISTENS to every sound. His senses must be fully alert.

The sniper PLANS THE ROUTE to the next observation point. He moves under the most concealed routes by using necessary methods of walking or crawling. Upon reaching the next point, he repeats the process. The type of terrain will dictate the speed of travel. It may mean moving slowly, but if he is spotted, his life and mission are compromised.

## TYPES OF MOVEMENT
### SLOW AND DELIBERATE

Wherever the sniper is walking, he walks carefully, distinctly, and quietly. He is conscious of every step he takes, whether moving with troops or on his own. He STOPS, LOOKS, and LISTENS periodically. He walks in a crouch to maintain a low profile with shadows and bushes so as not to be silhouetted. Most of the enemy will be looking for an upright man.

WALK

He very slowly lifts one foot and moves it forward, clearing obstacles, with the toes straight to the front. He picks out a point one-half a normal stride to the front, preferably free of dry leaves and twigs, then places the toes or outside edge of the foot down lightly to get the feel of the ground. He rotates the foot down onto the ball of the foot. He continues placing the foot until the heel is down with no weight on the foot. Now, very slowly, he starts to shift the body weight forward until it all rests on the forward foot, but slowly enough that it makes no sound. He repeats the process with the opposite foot. The terrain will determine the speed and silence of movement.



Figure 4-11.  Sniper Moving Upright (Walking).

FMFM 1-3B

LOW CRAWL



Figure 4-12. Sniper in Low Crawl.

The low crawl is used when cover and concealment are low or scarce, when the enemy is near or has a clear field of view to the sniper's position, or when moving into a final firing position. It is slow, so speed cannot be essential.

To "low crawl," the sniper lays his body as flat on the ground as possible, legs together, feet flat on the ground or pointed to the rear, and arms to the front and flat on the ground.

To keep from snagging and moving the vegetation (thereby causing detectable overhead movement), nothing, including the rifle, elbows, or feet should extend beyond the edge of his body.

To carry the rifle, the sniper grasps the upper portion of the sling, laying the stock on the back of the hand or wrist with the rifle laying on the INSIDE of the body. The rifle can also be put along the side of the body, under one arm, to be pushed forward as the sniper moves. The rifle should be protected from abuse. The sniper must be sure that the muzzle does not protrude into the air or stick in the dirt.

To move forward, the sniper extends his arms to the front and digs his toes into the ground. Then very slowly, he pulls with his arms and pushes with the feet. He is careful not to raise his head or heels of his feet into the air.

It takes a lot of practice to be able to move as slowly and smoothly as necessary, not allowing quick or jerky movements. All movement must be very slow and deliberate, with all parts of the body kept as low to the ground as possible (especially the head).



Figure 4-13. Rifle Position When Crawling.

## MEDIUM CRAWL

The medium crawl is similar to the low crawl in that it is used in fairly low cover. It is faster for the sniper and less tiring to the body.

All parts of the body are kept as low to the ground as possible. Instead of just pushing with the feet, one leg is cocked forward to push with. When the pushing leg is tired, the opposite leg can take over, but only one leg is used at a time for a sequence of pushing. This is to keep the lower portion of the body from raising into the air.



Figure 4-14.  Medium Crawl.

## HIGH CRAWL



Figure 4-15.  High Crawl.

The high crawl is used when cover is more prevalent or when more speed is required.

The body is kept free of the ground and the weight rests on the arms and legs. The rifle is either carried as in the low crawl or cradled in the arms.

Movement is made by alternately pulling with each arm and pushing with one leg, if one still wishes to remain fairly low, or alternating legs for pushing if there is adequate cover.

The sniper should ALWAYS be conscious of not allowing the head and buttocks to raise too high and keeping the legs from making excessive noise when being dragged over brush and debris.

FMFM 1-3B







Figures 16, 17, and 18. Sequence for Turning While Crawling.

## TURNING WHILE CRAWLING

It may be necessary to change direction or turn completely while crawling.

To execute a right turn, when extreme care is needed, the body is eased as far to the right as possible, keeping the legs together. The left leg is then moved as far to the left as possible and the right leg then closed to it. This will effect a turn to the right and should be repeated until the sniper is facing the required direction. All this is done very slowly, with the body as low to the ground as possible.

4-20

FMFM 1-3B

## MOVING BACKWARDS

When cover is adequate, or silence is necessary, crawling on hands and knees can be used.

The rifle is held in one hand close to the chest and in line with the body. *The rifle is not put on the ground.* The sling is grasped by the stock to keep it from being tangled on the ground. The weight of the upper body is supported by the opposite arm.

Supporting the rifle in the left hand, the sniper picks a point ahead to position the right hand and moves it slowly into position, making no noise. While moving the right arm, the weight of the upper body can be supported by leaning on the left elbow. Once the right arm is placed, the left arm and rifle is moved forward.

A point is then picked to which the knees are moved. Each leg, in turn, is lifted to clear any obstruction and softly placed into its new position. Again, the situation, ground cover, and terrain will determine the speed and silence of movement.

If absolute silence is needed, leaves, twigs, and pebbles can be removed before placing the hands and knees. The movement must be very slow and soft, with breathing being very shallow through the mouth.

## NIGHT MOVEMENT

## NIGHT VISION

Sometimes it may be necessary to withdraw from a position. This can be done by the low crawl in reverse, pushing instead of pulling with the arms.

## HANDS AND KNEES CRAWL



Figure 4-19. Hands and Knees Crawl.

Night movement is essentially the same as in the day, except that it must be slower and more deliberate because of the limited visibility. One has to rely on the senses of touch and hearing to a greater extent.

If at all possible, a sniper should move under the cover of darkness, fog, haze, rain, or high winds to conceal his movements. This is a safety factor; but the enemy is harder to spot and specific positions or landmarks are harder to locate.

Before moving at night, the sniper lets his eyes adjust to the darkness for at least 30 minutes. To distinguish an object in the dark, he should look 5 to 10 degrees away from the object, getting low to the ground in order to silhouette the object against the sky. If one looks directly at an object in the dark, it will distort, or when the eyes are tired, it will completely disappear.

FMFM 1-3B

Concealment is not as critical at night, but staying next to a dark background and not being silhouetted is. Quick movement at night is easily seen, and sound travels farther and clearer. In the darkness, slow and silent movement is essential.

While moving, the sniper listens to the night noises for anything out of place or unusual, and he continually scans for movement. Also, he takes advantage of wind and other noises to mask movements.

At night, the senses have to be relied upon to a great extent. He learns to trust them and be able to interpret what they are telling him. The enemy may even be located by the sense of smell, such as food, vehicles, or garbage.

ALL OF A SNIPER'S GEAR SHOULD BE ARRANGED SO THAT IT MAY BE GOTTEN TO QUICKLY IN THE DARK, ALWAYS KEEPING IT WITHIN HAND'S REACH WHILE IN POSITION.

## STALKING

Stalking is the sniper art of moving unseen into a firing position within a range that will ensure a first-round kill and then withdrawing undetected. The stalk incorporates all aspects of fieldcraft and can only be effectively learned by repeated practice over various types of ground.

### RECONNAISSANCE

Any stalk through open terrain or otherwise undertaken without first doing a thorough reconnaissance (map or physical) is likely to have limited success. Opportunities to view the ground may be rare in an actual situation; therefore, the sniper must be an expert with the map and aerial photograph so that maximum information can be gleaned from both.

### BEFORE STALKING

The exact location of the enemy position to be stalked should be noted and memorized. Particular attention should be given to nearby features and landmarks that are to be remembered (to aid in terrain countdown).

An area which appears to present the best possible firing position is selected, though the exact firing position can rarely be pinpointed in advance. The best line of advance is selected and the route is split into bounds; as each bound is reached, the next can be considered in greater detail.

REMEMBER. Once a sniper is committed to a line of advance, he may find great difficulty in changing it, so great skill is needed in the initial terrain and route analysis.

Particular points to consider are:

- The availability of natural cover and, in particular, any dead space.

- The position and frequency of any obstacles, whether natural or artificial.

- Likely points along the line of advance from which observations can be made. When possible, these should coincide with the finish and start of the planned bounds.

- The location of known or possible enemy locations.

- The general method of movement likely for each bound (crawling, walking, etc.), after an analysis of the concealment offered and the distance from the enemy considered. This is important, since it will be this in relation to the distance to be stalked that will dictate the length of time required.

- The withdrawal route should differ from that of the approach if at all possible and should be planned in a similar manner. It is important that patience is maintained during a withdrawal, since the enemy will be much more alert at this stage than during the approach. After the shot, the sniper stays motionless, in position, as long as possible.

### WHILE STALKING

It is easy to lose the sense of direction while stalking, particularly if the sniper has to crawl for any appreciable distance. The chances of this happening can be reduced if:

- The use of a compass, map, and aerial photograph have been mastered (route, direction, and distance to various checkpoints planned thoroughly and accurately).

- A distinct landmark or two, or even a series, have been memorized (terrain countdown and a limiting feature).

- The direction of the wind and sun are noted; bear in mind that, over a long period of time, the wind direction can change, and the sun will change position.

- The sniper has the ability to terrain associate.

FMFM 1-3B

The sniper must be alert at all times. Any relaxation on a stalk can lead to carelessness, resulting in an unsuccessful mission, and death.

Observation must be undertaken with care and at frequent intervals. It is particularly important at the beginning and end of each bound.

If surprised or exposed during a stalk, instinctive immediate reaction is necessary. The sniper must decide whether to freeze and remain immobile or to move quickly to the nearest cover away from the point of exposure and hide.

The sniper must remember that disturbed animals or birds can draw attention to the area of approach. Advantage is taken of any local disturbances or distractions that may enable quicker movement than would otherwise be possible. It should be emphasized that such movement involves a degree of risk, and when the enemy is close, risks should be avoided.

The sniper should keep in mind any changes in local cover, since such changes will usually require an alteration to personal camouflage.

## NIGHT STALKING

Often it will be necessary for the sniper to stalk at night in order to occupy an observation post or a firing position under the cover of darkness. The problems are much the same as stalking in daylight, except that a man is less adapted for movement at night. When at all possible, the sniper should stalk at night to be in position by first light.

Principle differences are:

    There is a degree of protection offered by the darkness against aimed enemy fire.

    While observation is still important, much more use is made of hearing, making silence vital.

    Cover is less important than background, particularly, crests and skylines should be avoided.

    Maintaining direction is much more difficult to achieve and places greater emphasis on a thorough reconnaissance. A compass or a knowledge of the stars may be of assistance.

The starlight scope is extremely useful when stalking at night, and it can be used as an observation aid when off the weapon. It can be used to pick routes of advance and to select proper firing positions.

## ENEMY DETECTION DEVICES

It must be remembered that the enemy may be using various types of detection devices. The sniper should be aware of the type of detection device utilized by the enemy and its capabilities. This will enhance the sniper's chance of success.

With these devices, a sniper may not know that he is under observation, so the same principles of day movement would apply to the night, considering that his route of advance is always under observation.

When there is a possibility of night viewing devices being used, the sniper can combat them by very slow movement that is low to the ground, with his dark silhouette broken up by vegetation. Preferably, the sniper would move in dark shadows or treelines that would obscure the enemy's vision. Moving in defilade, through ground haze, fog, or rain, would greatly benefit the sniper by helping him to remain undetected. Use of the new infrared reflecting material, used in equipment netting, as a base for the ghillie suit will limit the enemy's infrared viewing capabilities.

### STARLIGHT SCOPE AND INFRARED SCOPE

Seismic intrusion detectors are monitoring devices with geophones planted in the ground along likely routes of advance to give early warning of troops or vehicle movement. These devices are triggered by vibration of the ground caused by walking or other movement. The sniper can move past the devices undetected only by the slowest and most careful movement without mistakes. The sniper, most likely, will not know the position of the devices.

The sniper can help combat the effect of seismic devices by moving with action that would activate the devices such as artillery, low-flying aircraft, rain, snow, or even a heavy wind.

### SEISMIC INTRUSION DETECTORS

Ground surveillance radars can detect troop or vehicle movement at an extended range, but only in line of sight and only if the object is moving. It takes a well-trained individual to properly monitor the device. Even then, it is not infallible.

Snipers can combat the use of ground surveillance radars by first moving in defilade, or out of the direct line of sight of the equipment. Movement should be extremely slow and low to the ground, using natural objects and vegetation to mask the movement.

### GROUND SURVEILLANCE RADARS

FMFM 1-3B

INFRARED
HEAT
DETECTORS

Sensors that locate body heat may be used to detect the sniper. Even a motionless and camouflaged sniper would be located. One possible way to confuse such a detector would-be to attach a space blanket (Mylar) to the inside of the camouflaged suit. This would reflect the body heat inward and possibly keep the sniper from being distinguished from the heat pattern of the surrounding terrain. This would work best when the temperature is warm and the greatest amount of radiant heat is rising from the ground.

Once a sniper has learned camouflage and movement to perfection, he must go one step further. He must develop the skill of leaving no trace of his presence, activities, or passage in or through an area.

## TRACKS AND SIGNS

### ENEMY TRACKERS AND SCOUTS

The greatest danger to a sniper is not the regular enemy soldier but, in fact, the hidden boobytrap, the enemy scout, or the enemy sniper who can hunt the sniper on his own terms.

There are many people in third world countries that make their livelihood by hunting for food and who are very adept at tracking. What a real tracker can determine from a trail is phenomenal.



Figure 4-20. Enemy Scout Tracking a Sniper.

4-26



Figure 4-21.  Hiding a Trail.

Depending on the weather and terrain, a tracker will be able to determine the exact age of the trail, the number of persons in the party, whether or not they are carrying heavy loads, how well trained they are (determined by how well they moved), their nationality (indicated by their habits and prints left by boot soles), how fast they are moving, and approximately where they are at the moment. Sometimes, the type of movement indicated by a trail will give an indication whether or not the group is in the actual conduct of a mission or returning from one. If scouts determine a trail to be that of a sniper or reconnaissance team, the enemy will go to almost any extreme to capture or kill them.

In combat, the chances of being pitted against a real tracker are rare, but the importance of leaving NO sign at all for the enemy scout to read cannot be overemphasized. This is done by paying particular attention to where and how the movement is conducted, not walking in loose dirt or mud (if it can be avoided), and not scuffing the feet. Walking on leaves, grass, rocks, etc., can help hide tracks. Trails can be made by broken vegetation (e.g., weeds, limbs), scrape marks on bushes, and limbs that have been bent in a certain direction. When moving through thick brush, the sniper gently moves the brush forward, slips through it, and then puts it back to its normal position. Mud or dirt particles left on rocks or exposed tree roots are a sign of one's presence. Even broken spider webs up to the level of a man's height indicate there has been movement through the area.

In the process of hiding his trail, a sniper must remember to leave no debris such as paper, C-ration cans, spilled food, etc., behind him. Empty ration cans can either be carried out or

*THERE IS LITTLE OR NO WAY TO HIDE A TRAIL FROM A PROFESSIONAL TRACKER.*

smashed, buried, and camouflaged. The smell of urine on grass and bushes lasts for many days in a hot, humid environment; therefore, a hole should be dug for urination. A hole for excrement should also be dug and camouflaged. Other objects of importance are the fired casings from the sniper rifle which must ALWAYS be brought back, for they are a sure sign of a sniper's presence.



Figure 4-22.  Fired Casings Left Behind by Sniper.

FMFM 1-3B

READING TRACKS AND SIGNS

To be proficient at tracking takes many years of experience, but a knowledgeable sniper can gain much information from signs left by the enemy. For instance, he can estimate the amount of enemy movement through a given area, the size units they move in, and which areas they frequent the most. If an area is found where the enemy stopped, it may be possible to determine the size of the unit and how well disciplined they are by the security that was kept. It can be fairly certain that the enemy is well fed if pieces of discarded food or ration cans containing uneaten food are found. The opposite will be true for an enemy with little food. Imprints in the dirt or grass can reveal the presence of crew-served weapons, such as machineguns or mortars. Ammunition cans, water-cans, radio gear, or other supplies may also leave prints. The enemy's habits may come to light by studying tracks in order that the enemy may be engaged at a specific time and place of the sniper's choosing.

A WELL TRAINED MARINE SNIPER SHOULD BE ABLE TO BE INSERTED INTO ANY TYPE OF TERRAIN, MAKE HIS KILL UNDER ADVERSE CONDITIONS, AND LEAVE NO INDICATION THAT HE WAS THERE.

## 405. OCCUPATION AND SELECTION OF POSITIONS

Once the sniper has received his mission, issued his warning order, and made his detailed plan, he must consider possible routes and how he is going to follow these routes to and from the objective. He also must consider locations for hasty positions or "fast find" positions, such as he might have to use in danger areas if an enemy patrol was to intersect the patrol route.

Position selection and what type of position the sniper will prepare will be governed by the type of operation the supported unit is in (e.g., combat in a built-up area). Position safety is also a prime concern to the sniper and must be maintained at all times while in position.



Figure 4-23. Selecting a Firing Position.

On some sniper missions, a specific route may have to be followed by the sniper team; on other missions, the sniper may select his own routes to and from the objective area. Listed below are principles to aid the sniper in selecting his routes:

- Avoid known enemy positions and obstacles.

- Seek terrain (avoiding open areas) that offers the most cover and concealment for daylight movement.

- Seek terrain permitting movement at night.

- Take advantage of the more difficult terrain such as swamps or dense woods.

- Avoid moving along exposed ridges; move along the slope below the ridge to prevent silhouetting.

## SELECTING ROUTES



Figure 4-24. Move Along Slope Below the Ridge.

- Avoid using trails in guerrilla-infested areas and in areas between forces in contact in conventional operations.

- Avoid areas which may be mined, boobytrapped, or covered by fire or troops.

- Avoid villages, trails leading into villages, wells, and places where you are likely to meet natives of the area.

The sniper studies maps, aerial photographs, or sketches and memorizes his route before moving out. He notes distinctive features (hills, streams, swamps, etc.) and their location on his route to aid in terrain countdown. He plans alternate routes to use in case he cannot use his primary routes.

FMFM 1-3B

**FOLLOWING ROUTES**

Keeping continually oriented while moving along, the sniper observes the terrain carefully and mentally checks off the distinctive features noted in studying and planning the route. Many aids are available to help check and doublecheck the route, such as:

- The location and direction of flow of principle streams.

- Hills, valleys, and peculiar terrain features (e.g., swamps and barren areas).

- Towns, railroad tracks, powerlines, roads, and other manmade objects.

- The fire of machineguns, mortars, or artillery (mortar and artillery rounds fired on known locations can guide and help orient). These fires can be fired at designated times (scheduled fires) or fired when requested.



Figure 4-25. Terrain Association.



Figure 4-26.  Direction Diagram.

Routes, or directions, may also be followed by the use of the sun, or the North Star. Once the sniper has found north, and is facing north (360 degrees):

- Northeast (45 degrees) is to his right foot.
- East (90 degrees) is to his right.
- Southeast (135 degrees) is to his right rear.
- South (180 degrees) is to his rear.
- Southwest (225 degrees) is to his left rear.
- West (270 degrees) is to his left.
- Northwest (315 degrees) is to his left front.

## HASTY POSITIONS

A hasty position (fast find) provides protection from enemy fire or observation. It may be natural or artificial. Natural cover (ravines, hollows, reverse slopes, etc.) and artificial cover (foxholes, trenches, walls, etc.) protect the sniper from flat trajectory fires and enemy observation. Snipers must form the habit of looking for, and taking advantage of, every bit of cover and concealment the terrain offers. Combine this habit with proper use of movement techniques to provide excellent protection from enemy fire and observation.

FMFM 1-3B

CONCEALMENT IN HASTY POSITIONS

Concealment and cover in hasty positions provides protection from enemy observation and/or fire. It may be artificial or natural. *CONCEALMENT MAY NOT BE PROTECTION FROM ENEMY FIRE.* A sniper should not make the mistake of believing he is protected from enemy fire merely because he is concealed from enemy eyes.



Figure 4-27. Sniper Team in Position.

Natural positions are provided by the surroundings; e.g., bushes, grass, and shadows.



Artificial type positions are positions that are manmade; e.g., shell holes, brick walls, tunnels, and buildings.

In selecting a hasty position, advantage is taken of available cover and concealment (natural or artificial).

Figure 4-28. Sniper Using Available Cover.

4-32

The sniper observes and fires around the side of an object, never over it. This conceals most of the head and body. He stays low to observe and fire whenever possible.

OBSERVATION TECHNIQUES



Figure 4-29. Observation Techniques.

FMFM 1-3B

## POSITION SELECTION

The sniper, having decided upon an area of operation, must choose a specific spot from which to operate. A POSITION THAT LOOKS OBVIOUS AND IDEAL FOR A SNIPER WILL APPEAR AS SUCH TO THE ENEMY. A sniper should avoid obvious positions and stay away from prominent, readily identifiable objects. The position a sniper looks for represents an optimum balance between two considerations—it provides maximum fields of observation and fire, and it provides maximum concealment from enemy observation.

## TECHNIQUES IN CONSTRUCTING AND CONCEALING SNIPER POSITIONS (HIDES)

SITING

The position should be sited to provide the best fields of fire and observation (and natural drainage, if possible). Advantage should be taken of available natural camouflage to reduce construction effort.

CONSTRUCTION

The first step in a good plan for constructing a position is a consideration of tools. What tools are required and what are available?

| | |
|---|---|
| Entrenching tool | * Axes |
| Bayonet knife | * Picks |
| * Shovels | * Saws and sandbags |

*Such bulky tools would probably not be carried by the sniper but provided by the backup patrol that can be used to help construct the sniper position.

CONCEALMENT OF FRESH SOIL

The plan for the position must include ways to dispose of the soil.

First, the sniper slices off and sets aside the topsoil and grass, digging down about 4 to 6 inches. He then starts to dig the "pit." If necessary, the sniper has a position from which to fight, if seen by the enemy. THE PIT IS ALWAYS DUG FIRST.



Figure 4-30. Concealing Dirt.

**DRAINAGE**

Drainage can be provided by sloping the bottom of the hole so that water flows to a place where it can be removed. In a two-man position, the sniper can build a "sump," a small hole at the bottom of the position, about 2 feet long, 18 inches wide, and 1 foot deep. The bottom of the sump is sloped at approximately 45 degrees.

Drainage is easy in sandy soil, but not in clay. When it rains, creek banks and low level grounds will flood. These areas should be avoided, if possible.

**REINFORCING**

Sandy soil is apt to cave in at any time, and almost any soil will cave in when wet. To prevent this, the sniper can cut and weave saplings. This weaving requires a lot of saplings, all about the same size, and something with which to hammer them into the ground. Shell boxes, sandbags, scrap metal, chicken wire, corrugated metal, and scrap lumber can also be used for reinforcing the side walls.



Figure 4-31.  Reinforcing Sniper Position.

**LOOPHOLES**

The construction of loopholes requires care and practice to ensure that they afford adequate view of the required field of fire. They should be constructed so that they are wide at the back and narrow in the front, but not so narrow that observation is restricted. Loopholes may be made of old coffee tins, old boots, or any other rubbish, provided that it is natural to the surrounding or that it can be properly and cleverly concealed.

FMFM 3-1



Figure 4-32. Elbow Rest.

**ELBOW REST**

Some form of rest for the firer and observer will have to be constructed. Such a rest can be constructed with sandbags to the rear of the firing and observation loopholes.

**COVER**

Covering the sniper position gives the sniper team cover, concealment, protection, and some comfort. To get this protection and comfort, the sniper team must construct the cover of the position with at least 18 inches of soil and, if time permits, logs, soil, rocks, and the sod, IN THAT ORDER. If waterproofing is desired, place it between the sod and rock layers and between the rock and soil layers (ponchos can be used). Place paper, canvas, or empty sandbags, if available, between the log and soil layers to prevent water from seeping through.



Figure 4-33. "Covered" Hide.

It is essential that the natural appearance of the ground in front and rear of the position or hide remains unaltered and that any camouflage done is of the highest order. Movement in front of the position must be held to a minimum.

FRONT AND REAR APPEARANCE



Figure 4-34. Overhead Cover.

FMFM 1-3B

**REAR EXIT HOLE**

The sniper team must have a way in and out of the position. This hole should be only big enough for the snipers to enter and leave. Once inside the position, they must cover this hole from light. Light coming from the rear will cast a light through the loopholes. A canvas curtain is used to cover the hole. This rear entrance must be well camouflaged, and movement in and out of the hide must be held to a minimum. The most vulnerable part of the sniper is his rear; therefore, claymore mines should be taken along on the sniper mission and emplaced to the rear of the hide.

*If the hide is properly constructed and concealed, the enemy should be able to pass right over the top of it without suspecting the presence of snipers. In light of a possible requirement for this, all time and effort should be utilized to ensure a perfect hide. Life itself depends upon it.*

## OTHER TYPES OF POSITIONS (HIDES)

**BELLY HIDES**

This type hide is best used in mobile situations or when the sniper does not plan to be in position for any extended period of time. An advantage is that it can be quickly built; it is good when the sniper is not going to stay in position long. Disadvantages are:

- It is uncomfortable and can not be occupied for long periods of time.
- The sniper is exposed while firing.
- There is no protection from weather or fire.
- The sniper has to enter the position from the front.



Figure 4-35. Belly Hide (Side View).



Figure 4-36. Belly Hide (Top View).





Figure 4-37.  Camouflaged Belly Hide.

Figure 4-38.  Camouflaged Belly Hide.

Shell holes save a lot of digging, but  they need plenty of wood and rope to secure the sides. Drainage is the main disadvantage of occupying a shell hole.

SHELL HOLES



Figure 4-39.  Shell Hole Hide.

FMFM 1-3B



Figure 4-40.  Tree or Stump Hide
(Cutaway Showing Exits).



Figure 4-41.  Tree Hide
(Cutaway).

### TREE OR STUMP HIDES

In selecting trees for a hide, trees should be used that have a good deep root, such as oak, chestnut, or hickory. During heavy winds, these trees tend to remain steadier than pines which have a surface root system. A large tree should be used that is in back of the tree line. This may limit the field of view, but it will afford better cover from enemy observation.

### POSITIONS IN A BUILT-UP AREA

There are two types of firing positions utilized in a built-up area—hasty and prepared.

### HASTY

A hasty position for a sniper, in a built-up area, may be occupied voluntarily, or the sniper may be forced to occupy it because of enemy presence and fire. In the offensive, the sniper can operate with the covering party to deliver accurate fires in support of the search party. In this mode of support, the sniper will occupy a hasty position.

Some common hasty positions are:

- Corners of buildings.
- Firing from behind walls.
- Firing from windows. (The sniper does not hang out the window, but he stays back in the shadows of the room).

● Firing from unprepared loopholes.

An unprepared loophole is nothing more than a hole in the wall of a building to fire through. In this type firing, the sniper is well back from the loophole to prevent the muzzle of the weapon from protruding beyond the wall and to conceal the muzzle flash of the weapon. It also provides good cover and concealment.



Figure 4-42. Sniper Firing From an Unprepared Loophole.

● Firing from the peaks of a roof.

The peak of a roof provides a vantage point for snipers to increase their field of vision and the range at which they can engage targets. The sniper in figure 4-43 is failing to take maximum advantage of the available cover.




Right                                          Wrong

Figure 4-43. Sniper Firing From Peaks of a Roof.



A chimney, smokestack, or any other object protruding from the roof can be used as a hasty firing position.

Figure 4-44.  Sniper Firing From the Side of a Chimney.

- Firing from doorways.

- Firing from and inside of battle rubble, trash, or debris.

PREPARED

A prepared position is one which is built, or improved upon, to allow the sniper to engage a:

- Particular area,
- Avenue of approach, or
- Enemy position.

A prepared position (hide) is normally occupied in the defense of certain locations within built-up areas. Some of the places for preparing "prepared positions" are below.

Windows

The natural firing position provided by windows can be significantly improved for firing positions. The barricading may be accomplished with materials torn from the *interior* walls of buildings or any other available material, such as old mattresses or furniture.




**A**          **B**

Figure 4-45.  Window Positions.

When building a hide in a window, the sniper MUST avoid:

- Barricading only the windows from which the sniper intends to fire.

- Neat, square, or rectangular holes. This type of hole will be easily identified by the enemy.

Figure 4-45 (A) shows a barricaded window with a neat, regular loophole. The window loophole in figure 4-45 (B) is much more difficult to find. By leaving an irregular shaped loophole at the bottom of the window, the sniper gains cover for most of his body from the wall, and the position is less obvious to the enemy. Sandbags are used to reinforce the wall below the window and increase the protection for the sniper.

Hides from windows, back in the shadows, can also be considered without barricading from within the room. These ar called "urban" hides. Camouflaged netting can be utilized



Figure 4-46.  Urban Hide.

FMFM 1-3B

### Buildings



Although windows normally provide good firing positions, they will not always allow the sniper to engage targets in his assigned sector. Also, to avoid establishing a pattern of always firing from windows, other locations for firing positions must be found. One that can be selected and made into a firing position is the corner or side of a building as shown in figure 4-47. A loophole is cut or blown in the wall to allow the sniper to fire or observe. Sandbags are used to reinforce the walls below, around, and above the loophole. Care should be taken to camouflage this type of hide. This is accomplished by utilizing dummy holes in the building to make it more difficult to determine which loophole the sniper fire is coming from. These dummy holes will also provide the sniper with alternate positions. The siding material should be removed from the building in several places to make the loopholes less noticeable.

Figure 4-47. Firing Position in Corner of Building.

### Chimney

A chimney or other structure protruding through the roof of a building provides a base from which a sniper position (hide) can be prepared. Part of the roofing material is removed to allow the sniper to stand in a supported position inside the building (on the rafters or a platform) with only his head and shoulders above the roof (behind the chimney). From here the sniper can fire around the chimney.



Figure 4-48. Sniper Firing From a Prepared Position
Behind a Chimney.

 

Figure 4-49.  Construction of Roof Position.

### Rooftops

When preparing a sniper position (hide) on a roof which has no structure protruding to provide protection, the position should be prepared from underneath on the ENEMY side of the roof. A few small pieces of roofing material should be removed to allow the sniper to engage targets in his sector of responsibility. The position is supported and reinforced with sandbags and prepared so that the only visible sign that a position exists is the missing pieces of roofing material. No portion of the sniper's body is visible from outside the building. Care must be taken to prevent the muzzle of the weapon, or the muzzle flash, from being seen from outside the building.

### Other Locations

Some other possible locations for prepared positions are:

- Street level vents or barred windows from basements.
- Vents on attic levels from sides of houses.



Figure 4-50.  Basement Level Hide.

FMFM 1-3B





Figure 4-51. Attic Level Positions.

## GENERAL RULES AND CONSIDERATIONS

Some general rules and considerations for selecting and occupying sniper positions (hides) are:

- Make maximum use of available cover.
- Avoid silhouetting against light-colored backgrounds.
- New firing positions must be carefully selected before occupation.
- Keep exposure time to a minimum.
- Avoid setting a pattern.
- Do not fire continually from barricaded windows.
- Never fire from unbarricaded windows unless the hide is constructed back in the shadows of the room.

Selection of a well covered and concealed position is not a guarantee of the sniper's safety. He must remain alert to danger and self-betrayal and not violate the following security precautions:

## POSITION SAFETY

o When the situation permits, a sniper position from which to observe and shoot is selected and constructed. The slightest movement is the only requirement for detection; therefore, even during the hours of darkness, caution must be exercised as the enemy may employ night vision equipment, and sound travels great distances at night.

- The sniper should not be located against a contrasting background or near prominent terrain features. These are usually under observation or used as registration points.

- In selecting a position, those areas that are least likely to be occupied by the enemy are considered.

- The position must be located within effective range of the expected targets and must afford a clear field of fire.

- Where necessary, alternate positions are constructed or employed to effectively cover an area.

- It must be assumed that, at all times, the sniper position is under enemy observation. Therefore, while moving into position, the sniper team should take full advantage of all available cover and concealment and individual camouflage discipline; i.e., face and exposed skin areas camouflaged with appropriate material. The face veil should completely cover the face, and upon moving into position, the veil should cover the bolt, receiver, and entire length of the scope.

- The sniper team avoids making any sound.

- Unnecessary movement is avoided, unless concealed from observation.

- Observing over a skyline or the top of cover or concealment which has an even outline or contrasting background is avoided.

- The use of binoculars or the telescope where light may reflect from lenses is avoided. Sleeves that extend over the lenses may be constructed from cardboard or garnish.

- The sniper should avoid moving the foliage concealing his position when he is observing.

- When observing from a sniper post within a building, the sniper should stay in the shadows.

- Careful consideration must be given to the route into or out of the position. A worn path can easily be detected. The route should be concealed, and if possible, a covered route acquired.

- When possible, the sniper should choose a position so that a terrain obstacle (ditch, stream bed, dead trees, etc.) lies between it and the target and/or known or suspected enemy location.

- While on the move and, subsequently, while moving into or out of position, all weapons will be loaded with a round in the chamber and the weapon on SAFE (with the possible exception of the sniper rifle, unless the safety of that weapon can be taped in the SAFE position to prevent accidental discharge).

FMFM 1-3B

## ACTIONS IN POSITION

After arriving in position and conducting their hasty, then detailed searches, the sniper team organizes any and all equipment in a convenient manner so that it is readily accessible, if needed. The sniper team continues to observe and collect any and all pertinent information for intelligence purposes. They establish their own system for observing, eating, sleeping, resting, and making head calls when necessary. This is usually done in time increments of 30 to 60 minutes and worked alternately between the two snipers for the entire time they are in position, allowing one of the individuals to relax to some degree for short periods. Therefore, it is possible for the snipers to remain effective for longer periods of time. The sniper team must practice noise discipline at all times while occupying their position.

FMFM 1-3B



SNIPERS RANGE CARD

GRID COORDINATE OF POSITIONS _____

METHOD OF OBTAINING RANGE _____

MADE OUT BY _____

DATE _____

OBSERVATION LOG

Observer _RANDOLPH_   Date _11 AUG 80_   Tour of Duty _2000-2400_   Sheet _1 of 1_

Position _473376_   Visibility _CLEAR_

| Serial No. | Time | Grid Coordinate of / Tgt and Range | Event | Action or Remarks |
|---|---|---|---|---|
| 87 | 094 | 472334 | ENEMY PATROL IN OPEN | CALLED IN AIR STRIKE |

**SECTION 5**

**SNIPER SKILLS**

## 501. RANGE CARD, LOG BOOK, FIELD SKETCHING

The primary mission of a sniper is to deliver precision fire on selected targets from concealed positions. His secondary mission is to collect information about the enemy. To do this, he must be observant to locate prospective targets and be able to identify what he sees. However observant, the sniper cannot be expected to remember all the ranges to possible targets or to recall all tidbits of information he may come across. The means designed to assist him in these tasks are:

- The range card.
- The log book.
- Field sketching.

The range card is a handy reference guide which the sniper uses to make rapid, accurate estimates of range to targets which he may locate in the course of his observation.

**RANGE CARD**

The range card can be reproduced locally, and it is not necessary that the maximum range be 1,000 yards. Depending on the operational mission of the sniper team it may be necessary to extend or decrease the range of observation.

FMFM 1-3B



Figure 5-1.  Range Card.

## FIELD EXPEDIENT RANGE CARD

The field expedient range card is drawn freehand after the sniper team's arrival at its point of observation or position.

This type of range card contains the following:

- Relative locations of dominate objects and terrain features such as:
  - Houses
  - Bridges
  - Groves
  - Hills
  - Crossroads

- Carefully estimated, or map measured, ranges to the objects or features on the card.



Figure 5-2.  Field Expedient Range Card.

FMFM 1-3B

## PREPARED RANGE CARD

Prior to departure on a mission, the sniper prepares a range card as shown in figure 5-3. The range card can be broken into sectors, as shown, to aid the sniper in locating and engaging targets quickly. Upon arrival in position, the sniper commences a hasty search of the operational area. This is followed by a detailed search in conjunction with the preparation of the range card. Next, the sniper draws in terrain features and dominant objects. All the drawings on the range card are as if the sniper team is looking straight down over the observation area. (See fig. 5-4.) All elevation, relief, and basic military symbols are used.



Figure 5-3. Prepared Range Card.
(View 1)



Figure 5-4. Prepared Range Card.
(View 2)

(See fig. 5-4.) The observer locates a target at the well in sector "B" at 1100 from their position. From his range card, the observer quickly determines the range to the well (750 yards). The observer announces the location of the target (sector B - 1100 - 750 yards) by arm-and-hand signals, and by pointing to the target on the range card. (Arm-and-hand signals are prearranged and understood by both team members. The sniper then dials 750 on the elevation drum of the scope, dials the windage on the scope (as per the partners instruction), centers the crosshairs on the target's chest, and fires (one shot, one kill).

## USE OF RANGE CARDS

FMFM 1-3B



Figure 5-5.  Observation Log.

## OBSERVATION LOG

The sniper log is a factual, chronological record of his employment, which will be a permanent scource of operational data. It will provide information to intelligence personnel, unit commanders, other snipers, and the sniper himself.

The log will contain at a minimum the following information:

- Name of observers.
- Hours of observation and date.
- Position (grid coordinates/longitude/latitude).
- Visibility.
- Number of serials (sightings) in chronological order.
- Time of observation.
- Grid reference of observation.
- Event.
- Remarks or action taken.

The sniper log is always used in conjunction with a field sketch. In this way, not only does the sniper have a written account of what was seen, but he also has a pictorial reference showing exactly where he sighted or suspected enemy activity. If the sniper is relieved in place, the new team can easily locate earlier sightings from the observation log and field sketch.

## FIELD SKETCH (PANORAMIC SKETCH)

A field (panoramic) sketch is a drawn reproduction of a view obtained from any given point, and it is vital to the value of the sniper's log. As is the case for all drawings, artistic ability is an asset, but satisfactory sketches can be produced by anyone, regardless of artistic skill.

## GENERAL PRINCIPLES TO FOLLOW

The sniper studies the ground with his naked eye and through the binoculars before putting pencil to paper. Doing so, he decides what is the extent of the country that is to be included in the drawing, and selects the major features which will form the framework of the sketch.

He should not attempt to put too much detail into the drawing. Minor features should be omitted, unless they are of tactical importance. As far as possible, everything is drawn in perspective.

## GENERAL PRINCIPLES OF PERSPECTIVE

The further away the object is, the smaller it will appear in the drawing. The horizon line is the line formed by the intersection with the ground of a horizontal plane at the height of the sketcher's eye.



Figure 5-6.  Horizon Line.

In level country and over water, the horizon line is coincident with the skyline. In rolling country, the horizon line is a little below the lowest point in the skyline, or where the skyline would be if the country were flat. In figure 5-6, the horizon line is approximately on line with the floor of the building.

FMFM 1-3B

## VANISHING POINT

Lines which actually are parallel on the ground appear to converge as they recede and, if produced, appear to meet or vanish at a point called the *vanishing point* of that system of parallel lines.

### RULES FOR "VANISHING POINTS"

Parallel lines, which on the ground are horizontal, vanish at a point on the horizon.

Figure 5-7. Horizontal Parallel Lines.

Parallel lines, which on the ground slope upward away from the observer, vanish at a point above the horizon.



Figure 5-8. Parallel Lines Sloping Upward.

Parallel lines, which on the ground slope downward away from the observer, vanish at a point below the horizon.



Figure 5-9. Parallel Lines Sloping Downward.

Parallel lines receding to the right vanish to the right; those receding to the left vanish to the left.



Figure 5-10. Receding Parallel Lines.

FMFM 1-3B



Figure 5-11. Steps in Preparing a Panoramic Sketch of a Road.

The apparent size of any object varies with its distance from the observer. The farther away the object, the smaller it appears to the observer.

The apparent distance between regularly spaced objects vary with their distances from the observer, in the same way the apparent size varies.

## STEPS IN PERSPECTIVE DRAWING

The steps in perspective drawing of a section of terrain are illustrated in figure 5-11. This represents a topographic map of a road first extending due north, then east, and then north again as far as the eye can see over level ground. A row of trees of uniform height borders on the left side of the road, and the sketcher is assumed to be standing at the right side of the road. The figure shows how the sketch is built up in the correct perspective. The two road sections extending north have a common vanishing point in the horizon, and their sides converge very rapidly. The sides of the road extending east remain parallel in perspective, and the heights of the trees along the road are uniform.

FMFM 1-3B

## DELINEATION

Delineation is the portrayal of objects or features of the landscape as they appear to the observer.

The skyline, crests, and roads form the main "control line" of the sketch and are drawn in first to form a framework within which the details are properly placed.

Features are represented with a few, rather than many, lines. The "effect" of distance is created by making the lines in the foreground *HEAVY*, and distant lines very *LIGHT*.

Full lines are better than broken lines.

Important detail in distance can be drawn heavily or enlarged for emphasis.



Figure 5-12. Delineation Showing the Order.
In Which a Sketch is Built Up.

A light HATCH may be used to distinguish wooded areas as shown in figure 5-13. Hatching should follow the natural lines of an object.



**GOOD**      **POOR**

Figure 5-13. Good and Poor Hatching.

FMFM 1-3B



Figure 5-14. Panoramic Sketch.

## CONVENTIONAL REPRESENTATION OF FEATURES

The following methods of representing natural objects in a conventional manner should be borne in mind when making the sketch:

### PROMINENT FEATURES

The actual shape of all prominent features which might readily be selected as reference points when describing targets, such as oddly shaped trees, outstanding buildings, towers, etc., should be shown if possible. They must be accentuated with an arrow and a line with a description; e.g., prominent tree with large withered branch.

### RIVERS

Rivers are shown by two lines diminishing in width as they recede.

### TREES

Trees should be represented by outline only. Some attempt should be made to show characteristic shape of individual trees in the foreground.

### WOODS

Woods in the distance should be shown by outline only. In the foreground, the tops of individual trees may be indicated; woods may be shaded, the depth of shadowing becomes less woods distance.

### ROADS

Roads should be shown by a double continuous line diminishing in width as it recedes.

In the foreground, railways should be shown by a double line with small cross lines (which represent the ties) to distinguish them from roads; in the distance, they will be indicated by a single line with vertical ticks to represent the telegraph poles.

RAILWAYS

Churches should be shown on outline only, but care should be taken to denote whether they have a tower or a spire.

CHURCHES

Definite rectangular shapes denote houses; towers, factory chimneys, and prominent buildings should be indicated where they occur.

TOWNS AND VILLAGES

Cuts and fills may be shown by the usual topographic symbols, ticks diminishing in thickness from top to bottom, and with a firm line running along the top of the slope in the case of a cut.

CUTS AND FILLS

Swamps and marshland may be shown by conventional topographic symbols.

SWAMPS AND MARSHLAND

OTHER METHODS
OF
FIELD SKETCHING

### GRID WINDOW

A simple device which can help a great deal in field sketching can be made by taking a piece of cardboard or hard plastic and cutting out, from the center, a rectangle 6 inches by 2 inches. A piece of clear plastic sheeting or celluloid is then pasted over the rectangle. A grid of ½-inch squares is drawn on the plastic sheeting. The sheeting now becomes a ruled plastic window through which the landscape can be viewed. The paper on which the drawing is to be made is ruled with a similar grid of squares. If the frame is held at a fixed distance from the eye by a piece of string held in the teeth, the detail seen can be transferred to the paper square by square.

### COMPASS METHOD

Another method is to divide the paper into sections by drawing vertical lines denoting a fixed number of mils of arc from the sniper location and plotting the position of important features by taking compass bearings to them. This method is accurate but slow. Distance arcs can also be constructed as on the range card.

FMFM 1-3B

## 502. COLLECTION AND REPORTING OF INFORMATION

*INFORMATION* is the unevaluated material of every description including that derived from:



INFORMATION vs INTELLIGENCE

Observation
Communications
Reports
Rumors
Imagery
Other sources from which intelligence is produced

*INTELLIGENCE* is the product resulting from the collection, evaluation, and interpretation of <u>information</u> which concerns one or more aspects of foreign nations or of functional or geographic areas, and which is immediately or potentially significant to the development and execution of plans, policies, and operations.

### COMBAT INTELLIGENCE

Combat intelligence is that knowledge of the enemy, weather, and geographical features required by a commander in the planning and conduct of combat operations.

Combat intelligence is derived from the interpretation of information on the enemy (both his capabilities and vulnerabilities) and the environment.

The objective of combat intelligence is to minimize uncertainty concerning the effects of those factors listed above, on the accomplishment of the mission, and maintaining the security of the command.

### COMMANDERS INTELLIGENCE REQUIREMENTS

Intelligence requirements generally can be divided into two broad categories—<u>essential elements of information</u> (EEI) and <u>other intelligence requirements</u> (OIR).

### E E I

EEI are those critical items of information regarding the enemy and the environment needed by the commander, by a particular time, to relate with other available information and intelligence to assist him in reaching a logical decision. Care must be taken to limit the EEI to only those most critical items of information.

### O I R

OIR is the collection of information on other capabilities, vulnerabilities, and characteristics of the area of operations which may affect the accomplishment of the mission.

FMFM 1-3B

OIR are derived from command requirements which do not qualify as EEI, and from staff requirements.

The formulation and/or announcement of intelligence requirements and the allocation of collection means to meet these requirements are staff responsibilities of the intelligence office.

Areas of intelligence operations are assigned to units on the basis of areas of influence and areas of interest.

## GEOGRAPHICAL AREAS
## OF
## INTELLIGENCE OPERATIONS

### AREA OF INFLUENCE

Area of influence is that portion of the assigned zone or area of operations in which the commander is capable of directly affecting the course of combat by the employment of his own available combat power.

The area of influence can extend in any direction from the forward disposition of the command, the significant direction and dimension is that which extends forward from the FEBA.

The limit of the area of influence is set by the effective range of the available weapons systems since a commander will not normally maneuver the subordinate elements of his command beyond the range of the supporting fires available to him.

### AREA OF INTEREST

Area of interest is that area from which information and intelligence are required to permit planning for the extension of the area of influence or for the displacement of potential targets into the area of influence.

### IMMEDIATE ZONE

Immediate zone is the area bounded by the distance which a commander must have immediate knowledge of an enemy presence in order to act effectively when the enemy reaches the area of influence.

5-13

FMFM 1-3B



ENCOMPASSES AREA OF INFLUENCE

— — — ENCOMPASSES AREA OF INTEREST

≡ ≡ ≡ ≡ IMMEDIATE ZONE

Figure 5-15. Relationship of Area of Influence, Area of Interest, and Immediate Zone.



Figure 5-16. Intelligence Cycle.

INTELLIGENCE CYCLE

FOUR PHASES:

1. Directing the collection effort.
2. Collecting the information.
3. Processing the collected information.
4. Disseminating and using the resulting intelligence.

FMFM 1-3B



In the attack, avenues of approach which lead from the line of departure to key terrain are selected for analysis. The best avenues of approach to the objective are identified for the friendly forces.

Figure 5-17. Areas Selected for Analysis in Offense.



In the defense, avenues of approach available to the enemy are selected for identification and analysis.

Figure 5-18. Areas Selected for Analysis in Defense.

5-15

FMFM 1-3B

### INTELLIGENCE REQUIREMENTS FOR THE ATTACK

Most of the commander's initial requirements must be satisfied during the planning phase so that plans can be properly formulated. Subsequent requirements, that is, information which is needed during the attack, must provide the basis upon which the commander can decide the proper time and place for the commitment of his reserves, employment of supporting weapons or units, and modification of his operation plan.

## SPECIFIC REQUIREMENTS FOR THE PLANNING PHASE OF THE ATTACK:

LOCATION, TYPE, STRENGTH, AND MORALE OF ENEMY UNITS ON LINE AND IN RESERVE

LOCATION, TYPE, AND STRENGTH OF ENEMY RESERVES

LOCATION OF COMMAND POSTS

ENEMY VULNERABILITY TO COVER AND DECEPTION

AVENUES OF APPROACH

LOCATION, NUMBER, AND TYPES OF ENEMY SUPPORTING WEAPONS (CREW-SERVED WEAPONS)

ESTIMATE OF ENEMY PLANS AND CAPABILITIES

WEATHER AND TERRAIN

LOCATION OF OBSTACLES

LOCATION OF ENEMY OUTPOSTS

LOCATION, NUMBER, AND TYPES OF ENEMY CHEMICAL, BIOLOGICAL, OR NUCLEAR WEAPONS, AND THE METHOD OF DELIVERY

ENEMY OBSERVATION CAPABILITIES

LOCATION, TYPE, NATURE, AND EXTENT OF ENEMY DEFENSIVE INSTALLATIONS, TO INCLUDE SUPPORTING WEAPONS, SCREENING UNITS, AND OBSTACLES

COVER AND CONCEALMENT

LOCATION OF ENEMY BOUNDARIES

LOCATION, NUMBER, AND TYPE OF ENEMY AUTOMATIC WEAPONS

FMFM 1-3B

KNOWLEDGE ON ENEMY'S COMMAND, CONTROL
AND COMMUNICATIONS

LOCATION AND TYPES OF
ENEMY TARGET ACQUISITION
SYSTEMS

ENEMY'S ELECTRONIC COUNTERMEASURE
CAPABILITIES

REQUIREMENTS DURING THE ATTACK:

MOVEMENT OF ENEMY UNITS

ENEMY EXPENDITURE OF AMMUNITION AND
RESUPPLY ACTIVITIES

DEGREE OF RESISTANCE OF ENEMY UNITS ON CONTACT

DISPLACEMENT OF ENEMY WEAPONS

ENEMY'S INTELLIGENCE ESTIMATES

ENEMY'S COMMAND, CONTROL, AND
COMMUNICATIONS

INTELLIGENCE REQUIREMENTS
FOR DEFENSE

In the defense, many of the factors (e.g., weather, terrain, and enemy situation) included in planning for an attack are considered; however, most of the factors take on a new meaning and must be interpreted in a different light. Whereas heavy rain may impede an attack, the rain may be an aid in defense because of its adverse effect on the enemy's capability to attack.

5-17

FMFM 1-3B

# SPECIFIC REQUIREMENTS FOR THE PLANNING PHASE OF THE DEFENSE:

WEATHER AND TERRAIN

ENEMY'S COMMAND, CONTROL, AND COMMUNICATIONS

DISPOSITION, STRENGTH, AND MORALE OF ENEMY UNITS IN CONTACT, IN RESERVE, OR IN POSITION TO INFLUENCE THE ACTION (POSSIBLE ASSEMBLY AREAS)

LOCATION OF POTENTIAL ENEMY ASSEMBLY AREAS

LOCATION OF ENEMY BOUNDARIES

ENEMY PLANS AND CAPABILITIES

LOCATION AND TYPES OF ENEMY SUPPORTING WEAPONS

ENEMY'S VULNERABILITY TO COVER AND DECEPTION

AVENUES OF APPROACH

LOCATION AND TYPE OF ENEMY TARGET ACQUISITION SYSTEMS

LOCATION OF NATURAL AND ARTIFICIAL OBSTACLES

OBSERVATION AND FIRE

ENEMY'S ELECTRONIC COUNTERMEASURES

NUMBER AND ROUTES OF ENEMY RECONNAISSANCE AND/OR COMBAT PATROLS

# REQUIREMENTS DURING THE DEFENSE

ENEMY TACTICS

AREAS OF ENEMY'S MAIN ATTACK AND SECONDARY ATTACKS

COMMAND, CONTROL, AND COMMUNICATIONS

ENEMY INTELLIGENCE COLLECTION ESTIMATES

A source is a person, thing, or activity from which information is originally obtained that may or may not be under friendly control. Snipers will gather information while en route to the objective, at the objective, and back to the friendly unit, through surveillance, reconnaissance, and target acquisition.

## SOURCES OF INFORMATION

COMMON SOURCES

- Enemy activities.
- Prisoners of war.
- Local residents (mission planning).
- Refugees (mission planning).
- Evacuees (mission planning).
- Recovered U.S. military personnel (mission planning).
- Captured enemy documents and material.
- Sounds; odors; duds; shells; missile fragments; craters; areas contaminated by chemical, biological, and radiological warfare; maps; and weather forecasts.

SURVEILLANCE

Surveillance is the all-weather, day and night, systematic observation of the battlefield for intelligence purposes. Surveillance is a continuous watch and does not focus on a specific objective.

RECONNAISSANCE

Reconnaissance is a mission undertaken to obtain information about the activities or resources of an enemy or potential enemy. Reconnaissance is finite in scope and time and has a specific objective.

TARGET ACQUISITION

Target acquisition is the detection, location, and identification of a target with sufficient accuracy and detail to permit the effective employment of weapons.

En route to the hide, or a firing position from friendly lines, the sniper may find it difficult to record information. The Kim's game (discussed in paragraph 4, appendix B) will strengthen the mind to remember, in detail, information obtained. If time permits, a rapid field sketch is drawn and entries recorded on an observation card, as well as recording changes to maps.

Once in the hide or the final firing position, the sniper team will start recording by drawing a field sketch of the area to be observed, preparing a range card, and starting an observation log. Information observed should be described in detail. Hard to explain items should be sketched.

An intelligence journal should be kept on the order of battle and terrain analysis to be utilized by the sniper in his debrief and if he should operate in the same area in the future. All missions should be detailed in the personal journal. Continued referral to an updated sniper journal can provide the sniper and his commander with a detailed insight into the enemy mind, actions, and possible future reactions.

FMFM 1-3B

**ORDER**
**OF**
**BATTLE**

Order of battle is the identification, strength, command structure, and disposition of the personnel, units, and equipment of any military force. Complete order of battle data is not normally furnished the commander, instead, he is provided *conclusions, estimates, or analyses of enemy probable courses of action based on order of battle information.*

Order of battle consists of evaluated information regarding the following elements:

COMPOSITION

DISPOSITION

STRENGTH

TRAINING STATUS

TACTICS

LOGISTICS

COMBAT EFFECTIVENESS

MISCELLANEOUS DATA

**TERRAIN**
**ANALYSIS**

AVENUES OF APPROACH

HIGH AND LOW GROUND

SWAMPS, WATER, AND ELEVATED LAND FEATURES

VEGETATION (WOODED, GRASS, OR OPEN AREAS)

MANMADE AND NATURAL FEATURES

LIKELY ENEMY POSITIONS AND
AZIMUTH TO THE POSITION

By covering the order of battle and terrain analysis, the commander will be able to fulfill the command requirements: essential elements of information and other intelligence requirements.

A shell report is reported when there is activity by enemy artillery, mortars, and bombs. The report may be given orally or written.

**SHELL REPORT**

IDENTIFICATION

OBSERVER'S LOCATION

AZIMUTH TO THE ENEMY'S GUN

TIME SHELLING STARTED

COORDINATES OF THE AREA

NUMBER AND TYPES OF WEAPONS FIRED

NATURE OF FIRE (i.e., destruction, harassing, registration, etc.)

NUMBER AND TYPES OF SHELLS FIRED

FLASH-BANG TIME IN SECONDS

DAMAGE

**SALUTE REPORT**

| S | ize |
|---|-----|
| A | ctivity |
| L | ocation |
| U | nit/uniform |
| T | ime |
| E | quipment |

The debriefing is generally performed by an S-2 representative. All members of the sniper team/security elements should be present. The debriefing should be conducted as soon as the snipers return from the mission. All field sketches, observation logs, range cards, and intelligence journals will be present at the debriefing.

**DEBRIEFING**

FMFM 1-3B

A terrain model (sandtable) should be made, if time permits, prior to the operation for planning purposes. Changes (differences in the maps and what is actually found on the ground) should be made on the sandtable prior to the debriefing.

The sandtable is used to brief about the terrain and the route to and from the objective.

The sniper teams must always keep in mind that they have a *secondary mission of gathering information* for intelligence purposes in support of the *sniper mission* and *the mission of the supported infantry unit, but always* in conjunction with the long range precision sniper fire capability.



## SECTION 6

### SNIPER TACTICAL EMPLOYMENT

## 601. GENERAL

The sniper is a Marine, highly trained in field skills and marksmanship, who delivers long-range precision fire at "selected targets," from concealed positions. These "selected" targets set him apart from the ordinary rifleman. The method by which snipers are employed will be governed by many factors, such as the nature of the terrain, weather, and distance between forward troops and the enemy, degree of initiative shown by the enemy, general nature of combat, number of snipers available, and whether or not the enemy employs snipers.

The sniper is a highly specialized supporting arm and the sniper teams (two men) should be employed independently, when at all possible, to take full advantage of their skills and to increase their probability of survival. The sniper should continue to move so as to keep the enemy off balance, and should ordinarily take no more than three "selected" shots at any one position. The sniper cannot be utilized to his full potential when he operates directly with the supported infantry unit. The sniper should not be used as just another rifleman. He should maintain freedom of action at all times. His mission, movement, location, and targets should be described in only the most general terms by the supported infantry commander. The principles of sniper employment must be applied with imagination and guided by a commander's sound grasp of the sniper team's capabilities.

## CONCEPT OF EMPLOYMENT

FMFM 1-3B



Figure 6-1. Sniper Team Stalking.

## COMMON SENSE IS THE GUIDELINE OF EMPLOYMENT

In turn, the snipers must know the commander's scheme of maneuver and fire support plan in order to best advise him on how the sniper team should be employed.

*When utilized correctly, the Marine sniper will prove to be an invaluable tool on the modern battlefield.*

Effective sniping will do more than inflict casualties and cause inconvenience to the enemy. It will have a marked effect on the feeling of security and morale of the enemy troops.

Snipers will enable the infantry to be everywhere at once, regardless of whether the terrain is physically occupied by the infantry at the time.

With their advanced techniques of silent, undetectable movement (stalking), camouflage (ghillie suits), positions (hides), and their ability to disappear instantly, there is little chance of the enemy knowing they are there until it is too late.



Figure 6-2. Sniper Team in Final Firing Position.



Figure 6-3. Two Snipers in Semipermanent Hide.

Their advanced optical gear and observation techniques let the snipers see the terrain in much more detail than normal infantry troops in any condition. They will be able to detail enemy positions and traces of their activities that would not normally be seen.



Figure 6-4. Sniper Set Up for Observation.

## SCOPE



Figure 6-5. Reticle of Scope.

Their advanced techniques of range estimation will allow extreme accuracy and a high degree of proficiency in the control of fire support, in the quest of first-round fire for effect.

FMFM 1-3B



Figure 6-6. Sniper Team Briefing Battalion Commander.

With their map reading and aerial photo knowledge, the sniper team will be able to brief the supported commander on the terrain over which they pass and detail any changes, obstacles, and likely avenues of approach.

The sniper will disrupt enemy movement, observation, infiltration, and negate the possibility of surprise. The Marine scout-sniper will be both the "eyes" and "trigger finger" of the infantry and will have a profound effect on the enemy's confidence and fighting spirit.



Figure 6-7. Sniper Viewing Through M49 Scope.



Figure 6-8. Reticle Superimposed.

## 602. OFFENSIVE COMBAT

In keeping with the fundamentals of offensive combat, the snipers should be used to gain and maintain contact with the enemy. This enhances security and prevents surprise. They will keep constant unrelenting pressure on the enemy, day and night. They will not allow the enemy to regroup effectively or to set up an orderly withdrawal.

### EMPLOYMENT OF THE SNIPER

The sniper will:

- Keep the enemy off balance.
- Prevent surprise on the main body.
- Ensure that the supported infantry commander will be able to act rather than react.
- Allow the commander to achieve surprise and not predictability.

*The sniper is best utilized when he is sent into the area of planned offensive action ahead of time, preferably under the cover of darkness, to gather timely intelligence data and to "select" his targets.*

As the "eyes" of the commander, the sniper increases his flexibility through the gathering and transmitting of intelligence. The sniper will:

- Analyze the terrain according to KOCOA and predict the effects weather will have on both terrain and tactics.

  How does weather affect terrain?   *Trafficability.*

  How does weather affect tactics?   *Visibility.*

- Analyze the enemy SALUTE, his capabilities, and his possible reactions to future offensive operations based on terrain, weather, and the enemy himself.

- Suggest modifications of proposed offensives based on educated survey, broadcast advanced warning on enemy reactions and unforseen developments, and provide information on enemy security, patrolling activities, and defensive positions.

| | |
|---|---|
| K | ey terrain |
| O | bservation |
| C | over and concealment |
| O | bstacles |
| A | venue of approach |

| | |
|---|---|
| S | ize |
| A | ctivity |
| L | ocation |
| U | nit |
| T | ime |
| E | quipment |

| | |
|---|---|
| D | efend |
| R | einforce |
| A | ttack |
| W | ithdraw |
| — | |
| D | elay |



Figure 6-9. Sniper Team Directing Supporting Arms Fire.

As the *"trigger finger"* of the infantry, the sniper will select key targets for reduction immediately prior to or during the offensive. He takes out those targets that will have a profound effect on the enemy's ability to wage battle and those that will cause the maximum amount of confusion on the battlefield. He will eliminate such targets as:

- Enemy officers.
- SNCO's or NCO's.
- Crew served weapons, personnel, or equipment.
- Communications.
- Observation equipment.

Hopefully, the enemy will not be able to replace these targets in the confusion of battle and in the presence of the sniper's continued accurate fire. *He will also direct supporting arms fire on* known enemy concentrations, buildups, and equipment which could endanger the mission. These fires should be preplanned by the sniper prior to the commencement of the assault; scheduled fires are planned when possible.

The snipers can also be used to protect the flanks or rear of the attacking unit, or be used in the rear of the enemy positions to disrupt withdrawals and counterattack plans.

6-6

## FRONTAL ATTACK

When attacking cross-compartment, the snipers move into a position to dominate the terrain between the limiting features. The snipers move into the area of planned offensive action, between the line of departure and the objective, well ahead of the time of attack. At the moment of decision, they reduce key targets on the objective.

Snipers can also be used to protect the flanks or to seal off the enemy rear.

A less desirable method of employment is to have the snipers provide overhead fires on the objective as this can be best accomplished by the machineguns.



Figure 6-10. Sniper Team Overlooking Enemy Defensive Position.

## SINGLE ENVELOPMENT

Snipers:

   o Prevent enveloping force from coming up long or short of the objective.

   o Increase the commander's chances of surprise.

Snipers can greatly increase the probability of success of this most difficult form of maneuver. They can prevent the enveloping force from getting lost or from coming up long or short of the objective, and increase the chances of surprise by giving accurate intelligence on the route, enemy positions, ambush sites, fortifications demolitions, and enemy security activities along the route. When operating with the base of fire, it will not always be necessary for the snipers to shift their fires when they become masked, due to their pinpoint accuracy.

There are several methods of employing the snipers in an envelopment (see fig. 6-11):

   o The snipers move into a position of terrain with good fields of fire on the objective (not necessarily at the line of departure, but adjacent to or to the rear of the objective) and direct the base of fire along a concealed route (infiltration) into the selected position (coincidental with the movement of the enveloping force towards their tentative final coordination line). At a predetermined time (just prior to or coincidental with the assault by the enveloping force), the snipers open fire on selected targets on the objective while the base of fire provides effective fire on the entire objective (A).

FMFM 1-3B



Figure 6-11. Options for Sniper Employment in an Envelopment.

- Snipers move into position, prior to the assault, along the same ground to be covered by the enveloping force, marking the route if necessary, and providing security near the tentative final coordination line. At the moment of decision, they take out selected targets on the objective or on those forces threatening the advance; e.g., ambushes, enemy outposts, demolitions, and boobytraps (point B). They can also be used to protect the flanks of the enveloping force from ambush and surprise (point ★).

- The snipers move into a position between the line of departure and the objective and provide precision fire on the objective, while the base of fire fires and moves toward the objective to deceive the enemy as to the true nature of the assault as the enveloping force closes in on its final coordination line. The whole operation is timed so that the base of fire does not remain under fire too long before the commencement of the real assault (point C).

The sniper teams provide reconnaissance of infiltration lanes, select routes, and maintain security and observation of infiltration lanes and rendezvous points.

**INFILTRATION**

Snipers are best used outside the scope of normal flank security. They dominate key terrain; cover avenues of approach; confuse the enemy; provide detailed intelligence information on the terrain, route, and enemy; and control fire support.

**TACTICAL COLUMNS**

When operating with the REAR GUARD, the snipers move behind and to the flanks to delay the enemy and prevent a surprise attack on the main body. The snipers set up blocking positions on key terrain and avenues of approach into the rear of the column. When moving between blocking positions, they move carefully and at their own pace.

When operating with the MAIN BODY, the snipers move out prior to the intended movement and occupy blocking positions (on key terrain) that will be to the "flanks" of normal flank security activities from the main body. In other words, they set up a protective "slot" in a preplanned area for the column to move through. As the column reaches the snipers' blocking position, the snipers fall in with the rear guard and operate with the rear guard until the column stops again. At that time, the snipers can move out ahead of the column and set up another set of blocking positions to form another protective "slot".



Figure 6-12. Sniper Employment Option (Slot of Blocking Positions).

FMFM 1-3B

When operating with the *advance guard,* the sniper teams again move out well before the planned movement, recon the route, and set up blocking positions well forward of the movement to observe and report information and to prevent surprise from the front. As the column catches up, the snipers fall in with the advance guard and operate with them until the column stops, at which time they can move out again ahead of the column.



Figure 6-13. Sniper Employment Option (Series of Blocking Positions).

It should be emphasized that the sniper teams should move out prior to the projected movement so they can move at their own pace to facilitate undetected movement. The sniper teams are operating *outside* the scope of normal infantry flank security and the blocking positions should be established *well* forward of the column in the most dangerous parts of the route. Snipers, supporting *mounted infantry movements* operate in the same manner, however, it should be emphasized that the employment is a one time affair. Again, the snipers move out well ahead of the time of projected movement to set up on the *most dangerous* parts of the route. When the mounted column approaches the sniper protected part of the route, the snipers are picked up by the vehicles in the middle of the column. Mounted snipers are ineffective and cannot be utilized until the column stops, and even then, they have little effectiveness in immediate action or a fire fight. Due to the speed of a mounted column, the snipers cannot be deployed again along the route unless the column stops for an extended period of time.

The snipers go out with the patrol and deploy either near the probable line of deployment or as flank security at the probable line of deployment. Here they collect detailed information on:

- Enemy patrolling activities.
- Outposts.
- Listening posts.
- Enemy defensive positions.

With the aid of their starlight scopes, they report developments near the probable line of deployment and the objective that could have an adverse effect on the mission .

*The snipers will preplan fires on enemy positions/concentrations, such as outposts/listening posts, and take out key targets on the objective when the attack goes illuminated or when the attacking force is discovered.*

To avoid compromise of the probable line of deployment and the movement into the probable line of deployment by the attacking force, the snipers may have to "silently" remove enemy listening posts near the moment of decision.

## NIGHT ATTACKS

The sniper can dispose of enemy security elements, that may compromise the probable line of deployment or movement of the main body into the probable line of deployment, by controlling fire support disguised as normal harassment or interdiction fires on the enemy security elements (patrols, outposts, and listening posts).

*The probable line of deployment should under no circumstances be located within enemy hearing, observation or local security, and patrolling activities.*

The attacking force would benefit by incorporating the sniper's techniques of movement, and slowly "stalk" in toward the enemy once the probable line of deployment is reached. The infantry should also be taught the sniper's techniques of individual camouflage and concealment.



Figure 6-14. Sniper Conducting Class.

FMFM 1-3B

## TANK/INFANTRY ATTACKS

The snipers' primary concern is security of the tanks. His primary targets are enemy tank crews and weaponry (sights, tubes, etc.) and enemy tanks (apertures) and crewmen. The enemy tank commanders and drivers would be the sniper's targets as well as the optics. Snipers in position on the flanks prior to the assault can detail enemy tanks and anti-tank personnel/positions (using advanced optical gear and observation techniques) and can reduce these targets prior to or during the assault.

Primary targets:

- Enemy antitank crews and weaponry.
- Enemy tanks (apertures) and crewmen.



Figure 6-15. Sniper Team in Action.

When the infantry is mounted, the manner of sniper employment is much the same. It must be emphasized that the use of snipers in this situation is a one-time affair. As the mechanized force passes through the sniper position, the snipers can continue to reduce selected targets on the objective (due to their pinpoint accuracy). Once the objective is taken, the snipers move to the objective to aid in the consolidation phase.



Figure 6-16. Attack on Enemy Bunker.

Operating independently, the sniper teams participate in the sequence of reduction (blind, burn, and blast) and help ensure that mutually supporting positions are reduced simultaneously. The sniper teams should go ashore with the first wave. With their advanced optical devices and highly skilled observation techniques, the snipers can identify enemy bunkers that could not normally be seen by the untrained eye. They can also tell, by the position of the apertures, which bunkers are mutually supporting to determine the sequence of reduction for the infantry.

Snipers provide accurate, precision fires through the apertures of enemy bunkers. Their optical gear allows them to see into enemy positions.

**AMPHIBIOUS ASSAULT ON A FORTIFIED POSITION**

FMFM 1-3B

Snipers can:

- Protect the flanks.
- Pin down enemy personnel within the bunkers, providing cover for infantry advancing for the "blast" sequence.
- If many positions are mutually supporting and cannot be reduced simultaneously, snipers can help pin down those bunkers that cannot be reduced immediately with the aid of smoke or white phosphorous.

## COMBAT IN BUILT-UP AREAS

For extended periods of time, snipers operate from hides set up to dominate and establish "no man's land," screen flanks, protect the rear, and deny the enemy access to certain areas or avenues of approach. The snipers can operate with the covering party (squad) to deliver accurate fires in support of the search party (fire team). Their optical devices again allow them to see into rooms, detect movement, and reduce it instantly.



Figure 6-17. Sniper Team Firing in Support of Search Party.



Figure 6-18. Sniper Team Firing in Support of Street Crossing.

The snipers can also support (by fire) infantry movements across streets. They will provide precision, immediate fire on enemy machinegun nests and enemy snipers hindering the friendly advance. There is no better countersniper weapon than another sniper who knows where to look for possible sniper positions and is capable of immediately reducing the sniper threat.



Figure 6-19. Sniper in Urban Hide.

## RETROGRADE OPERATIONS

Snipers are assigned missions of supporting the action by:

- Delaying and inflicting casualties upon the advancing enemy.
- Observing.
- Covering (by fire) avenues of approach and obstacles.
- Harrassing the enemy and causing him to deploy prematurely.
- If the situation permits, directing supporting arms fire on large groups of the enemy.

## IMMEDIATE ACTION DRILLS

Proper employment of snipers and flank security to help protect the flanks can preclude the likelihood of ever having to deploy a force in immediate action to combat enemy snipers or enemy ambush and detract from the primary mission (which the enemy is trying to do). Snipers should move well ahead of the supported infantry on the flanks, outside the range of normal flank security. Large concentrations of enemy (ambushes) can be discovered by the snipers and reduced by calling in supporting arms fire.

FMFM 1-3B

During infantry training, immediate action drills should be conducted at times with the snipers acting as aggressors to test infantry reaction. In the offense, the whole unit should not stop the conduct of the assault for an extended period of time, due to enemy sniper fire. At most, a fire team should be employed with the addition of supporting arms fire. Smoke can be used to screen the main body and allow continuation (by fire and movement) of the offensive (smoke placed between friendlies and enemy fire).

The best countersniper weapon is another SNIPER.

## 603. DEFENSIVE EMPLOYMENT

The sniper is best used outside of the forward edge of the battle area (FEBA) to provide early warning of enemy approach, disrupt it, and if possible, cause him to deploy prematurely. However, positions should also be prepared by the infantry under the supervision of the snipers, within the defensive perimeter. Primary, alternate (snipers are actually comparable to a crew-served weapon), and supplementary positions should be prepared, when time permits, complete with range cards, to cover the following: avenues of approach, crew-served weapons, tanks, obstacles, deadspace in final protective lines, and dangerous terrain features. Snipers can be used on terrain outside of the FEBA to cover gaps (breaks in continuity that cannot be covered by small arms fire from the FEBA), when a final protective fire from supporting arms fire cannot be used. Positions are not directly on the front-lines but are "within" the FEBA due to the sniper's limited firepower.

LINEAR DEFENSE

When operating with the reserves in a linear defense, snipers cover intervals (breaks in continuity that can be covered by small arms fire) between frontline units, maintain flexibility, man combat outpost positions, man outposts/listening posts, limit penetrations and infiltrations, and cover the flanks and rear.

PERIMETER DEFENSE

In a perimeter defense, the sniper positions within the FEBA should not be located in continuity that the topographic crest, so as to protect them from the enemy's supporting arms fire, nor should they be directly on the frontlines.

REVERSE SLOPE DEFENSE

In a reverse slope defense, the snipers are best employed with the security element. They could also possibly be employed with the reserves if the terrain was acceptable.



A - SECURITY ELEMENT
B - MAIN BODY
C - RESERVES

Figure 6-20. Reverse Slope Defense.

In the defense of a riverline, the snipers are employed, initially, with the covering force on the enemy side of the river to maintain contact with the enemy, delay his advance, and determine his assembly areas and possible crossing sites. When forced to retire to the friendly side, the snipers are located far to the friendly flanks to prevent surprise. Naturally, in an *offensive* river-crossing operation, the snipers move into position prior to the crossing to maintain observation and security of the crossing site.

Departure and return are coordinated with frontline units on the FEBA, and if operating in another unit's defensive sector, they make sure they have been included in that unit's defensive order as an inorganic security element operating in their sector (HAS(S); see chapter 7 for a patrol order format).

## RIVERLINE DEFENSE

Snipers are best used, in addition to local security, outside the FEBA (flanks, forward, and rear). They move out at night, construct hides on likely avenues of approach, and provide early warning to the FEBA of impending attacks, probes, or infiltrations, and reduce "selected" key targets.

Snipers will provide early warning of night attacks. At the proper time, they take out enemy guides at the probable line of deployment and release points, force the enemy to deploy early or to go illuminated, gather intelligence data on routes/release points, and cause confusion and panic.

FMFM 1-3B

Snipers are excellent deterrents for enemy infiltration attempts. The snipers, by covering intervals between units, flanks, and the rear of friendly positions (in areas that cannot be covered with regular patrolling and observation activities from the FEBA), greatly reduce the possibility of surprise. The sniper must put himself in the mind of the enemy, constantly trying to outthink the enemy in planning the location for his hides.

In the defense, the methods in which the snipers are employed are dictated in regards to how far from friendly lines and protection they must operate.

The following instruments of insertion/employment are classified from near to far-reaching activities:



- Inserted as an addition to local security, outposts/ listening posts (snipers stalk out from the FEBA).
- Inserted and picked up as an extension of normal patrolling activities from the FEBA (patrols provide security and help in preparation of hides).
- Snipers stalk out and operate forward of a combat outpost as a series of outguards.
- Snipers operate from a patrol base out to the limit of patrolling range.
- For far-reaching missions, snipers are *deep-inserted* by helicopter (no friendly protection), or operate as part of a raid force.

The snipers must be provided with a certain degree of infantry protection to their rear, which is the snipers most vulnerable area, especially when they are in a hide. This security is not close enough to compromise the position but near enough to help in the extraction if necessary (within 1,000 meters).

## PATROLLING

Snipers help the infantry commander maintain his offensive posture while in the defense. Snipers go out with, operate as an extension of, and return with normal patrolling activities. They can also be used in lieu of certain patrolling activities.

The snipers number one use in patrolling is as an extension of a *SECURITY PATROL.*

The security patrol provides protection and help in building the hide and then continues with the rest of their patrol, leaving the snipers behind. So in a sense, you now have two groups fulfilling the function of a security patrol.

6-18