| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960) (hkeefe@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>SARAH B. WHITNEY (292974)<br>(swhitney@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>CASIMIR JONES, S.C.<br>DAVID A. CASIMIR (dacasimir@casimirjones.com)<br>KIRK J. HOGAN (kjhogan@casimirjones.com)<br>2275 Deming Way, Suite 310<br>Middleton, WI 53562-5527<br>Telephone: (608) 662-1277<br>Facsimile: (608) 662-1276<br><br>Attorneys for Plaintiff<br>Horus Vision, LLC | DURIE TANGRI LLP<br>CLEMENT S. ROBERTS (SBN 209203)<br>croberts@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:    415-362-6666<br>Facsimile:    415-236-6300<br><br>BARNES & THORNBURG LLP<br>LYNN C. TYLER (*Pro Hac Vice*)<br>ltyler@btlaw.com<br>MICHAEL R. BRUNELLE (*Pro Hac Vice*)<br>Michael.Brunelle@btlaw.com<br>115 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Telephone:    317-231-7392<br>Facsimile:    317-231-7433<br><br>Attorneys for Defendants<br>Applied Ballistics, LLC<br>Applied Ballistics, Inc. and<br>Applied Ballistics Media, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORUS VISION, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLIED BALLISTICS, LLC and APPLIED BALLISTICS, INC., and APPLIED BALLISTICS MEDIA, INC<br><br>    Defendants. | Case No. 5:13-cv-05460-BLF<br><br>**JOINT STIPULATION SUSPENDING DEADLINES PENDING SETTLEMENT**<br><br>Ctrm:    3, 5th Floor<br>Judge:   Honorable Beth Labson Freeman |
| HORUS VISION, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLIED BALLISTICS, LLC and APPLIED BALLISTICS, INC., and APPLIED BALLISTICS MEDIA, INC<br><br>    Defendants. | Case No. 5:14-cv-05206-BLF<br><br>**JOINT STIPULATION SUSPENDING DEADLINES PENDING SETTLEMENT**<br><br>Ctrm:    3, 5th Floor<br>Judge:   Honorable Beth Labson Freeman |

1  WHEREAS, the parties in the above-captioned actions have reached an agreement to resolve all claims against each other; and

2  WHEREAS, the parties desire to spend their time documenting that agreement and avoid any unnecessary burdens on the Court.

3  Now, therefore, it is hereby stipulated and agreed that all deadlines in this matter should be stayed for thirty days, at which time the parties will either dismiss the above captioned actions or report back to the Court on the status of the matters.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 1, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Daniel J. Knauss*
　　　　　　　　　　　　　　　　　　　Heidi L. Keefe
　　　　　　　　　　　　　　　　　　　Daniel J. Knauss
　　　　　　　　　　　　　　　　　　　Sarah B. Whitney
　　　　　　　　　　　　　　　　　　　Cooley LLP
　　　　　　　　　　　　　　　　　　　3175 Hanover Street
　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304-1130
　　　　　　　　　　　　　　　　　　　Ph: (650) 843-5000
　　　　　　　　　　　　　　　　　　　hkeefe@cooley.com
　　　　　　　　　　　　　　　　　　　dknauss@cooley.com
　　　　　　　　　　　　　　　　　　　swhitney@cooley.com

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　HORUS VISION, LLC

Dated: July 1, 2015　　　　　　　　　　*/s/ Clement S. Roberts*
　　　　　　　　　　　　　　　　　　　Clement S. Roberts
　　　　　　　　　　　　　　　　　　　Durie Tangri LLP
　　　　　　　　　　　　　　　　　　　217 Leidesdorff Street
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　Ph: 415-362-6666
　　　　　　　　　　　　　　　　　　　Email: croberts@durietangri.com

　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　APPLIED BALLISTICS, LLC
　　　　　　　　　　　　　　　　　　　APPLIED BALLISTICS, INC., and
　　　　　　　　　　　　　　　　　　　APPLIED BALLISTICS MEDIA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____　　　_____
Date　　　　　　　　　　　　　　　　　Honorable Beth Labson Freeman

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this JOINT STIPULATION SUSPENDING DEADLINES PENDING SETTLEMENT.

Dated:  July 1, 2015                    */s/ Clement S. Roberts*
                                         Clement S. Roberts

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on July 1, 2015 with a copy of this document via the Court's CM/ECF system.

*/s/ Clement S. Roberts*
Clement S. Roberts