COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
SARAH B. WHITNEY (292974)
(swhitney@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

CASIMIR JONES, S.C.
DAVID A. CASIMIR (dacasimir@casimirjones.com)
KIRK J. HOGAN (kjhogan@casimirjones.com)
2275 Deming Way, Suite 310
Middleton, WI 53562-5527
Telephone: (608) 662-1277
Facsimile: (608) 662-1276

Attorneys for Plaintiff
Horus Vision, LLC

DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

BARNES & THORNBURG LLP
LYNN C. TYLER (*Pro Hac Vice*)
ltyler@btlaw.com
MICHAEL R. BRUNELLE (*Pro Hac Vice*)
Michael.Brunelle@btlaw.com
115 South Meridian Street
Indianapolis, IN  46204-3535
Telephone:     317-231-7392
Facsimile:     317-231-7433

Attorneys for Defendants
Applied Ballistics, LLC
Applied Ballistics, Inc. and
Applied Ballistics Media, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORUS VISION, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPLIED BALLISTICS, LLC and APPLIED BALLISTICS, INC., and APPLIED BALLISTICS MEDIA, INC<br><br>                    Defendants. | Case No. 5:13-cv-05460-BLF<br><br>**JOINT STIPULATION SUSPENDING DEADLINES PENDING SETTLEMENT**<br><br>Ctrm:   3, 5th Floor<br>Judge:  Honorable Beth Labson Freeman |
| HORUS VISION, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPLIED BALLISTICS, LLC and APPLIED BALLISTICS, INC., and APPLIED BALLISTICS MEDIA, INC<br><br>                    Defendants. | Case No. 5:14-cv-05206-BLF<br><br>**JOINT STIPULATION SUSPENDING DEADLINES PENDING SETTLEMENT**<br><br>Ctrm:   3, 5th Floor<br>Judge:  Honorable Beth Labson Freeman |

1 WHEREAS, the parties in the above-captioned actions have reached an agreement to resolve all claims against each other; and

2 WHEREAS, the parties desire to spend their time documenting that agreement and avoid any unnecessary burdens on the Court.

3 Now, therefore, it is hereby stipulated and agreed that all deadlines in this matter should be stayed for thirty days, at which time the parties will either dismiss the above captioned actions or report back to the Court on the status of the matters.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  July 1, 2015                                         Respectfully submitted,

                                                             */s/ Daniel J. Knauss*
                                                             Heidi L. Keefe
                                                             Daniel J. Knauss
                                                             Sarah B. Whitney
                                                             Cooley LLP
                                                             3175 Hanover Street
                                                             Palo Alto, CA 94304-1130
                                                             Ph: (650) 843-5000
                                                             hkeefe@cooley.com
                                                             dknauss@cooley.com
                                                             swhitney@cooley.com

                                                             Attorneys for Plaintiff
                                                             HORUS VISION, LLC

Dated:  July 1, 2015                                         */s/ Clement S. Roberts*
                                                             Clement S. Roberts
                                                             Durie Tangri LLP
                                                             217 Leidesdorff Street
                                                             San Francisco, CA 94111
                                                             Ph: 415-362-6666
                                                             Email: croberts@durietangri.com

                                                             Attorneys for Defendants
                                                             APPLIED BALLISTICS, LLC
                                                             APPLIED BALLISTICS, INC., and
                                                             APPLIED BALLISTICS MEDIA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____                                      _____
Date                                                         Honorable Beth Labson Freeman

1
JOINT STIPULATION SUSPENDING DEADLINES PENDING SETTLEMENT
CASE NOS. 5:13-CV-05460-BLF & 5:14-CV-05206-BLF

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this JOINT STIPULATION SUSPENDING DEADLINES PENDING SETTLEMENT.

Dated:  July 1, 2015

*/s/ Clement S. Roberts*
Clement S. Roberts

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on July 1, 2015 with a copy of this document via the Court's CM/ECF system.

*/s/ Clement S. Roberts*
Clement S. Roberts