| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>SARAH B. WHITNEY (292974)<br>(swhitney@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone:    (650) 843-5000<br>Facsimile:     (650) 849-7400<br><br>DAVID A. CASIMIR<br>(dacasimir@casimirjones.com)<br>KIRK J. HOGAN (kjhogan@casimirjones.com)<br>CASIMIR JONES, S.C.<br>2275 Deming Way, Suite 310<br>Middleton, Wisconsin 53562<br>Telephone:    (608) 662-1277<br>Facsimile:     (608) 662-1276<br><br>Attorneys for Plaintiff<br>HORUS VISION, LLC | DURIE TANGRI<br>CLEMENT S. ROBERTS (SBN 209203)<br>(croberts@durietanri.com)<br>MICHAEL H. PAGE (SBN 154913)<br>(mpage@durietangri.com)<br>217 Leidesdorff Street<br>San Francisco, California 94111<br>Telephone: (415) 362-6666<br>Facsimile: (415) 236-6300<br><br>BARNES & THORNBURG LLP<br>LYNN C. TYLER (*pro hac vice*)<br>(ltyler@btlaw.com)<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Telephone: (317) 236-1313<br>Facsimile: (317) 231-7433<br><br>Attorneys for Defendants<br>APPLIED BALLISTICS, LLC,<br>APPLIED BALLISTICS, INC., and<br>APPLIED BALLISTICS MEDIA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HORUS VISION, LLC,<br><br>            Plaintiff,<br>     v.<br><br>APPLIED BALLISTICS, LLC, APPLIED BALLISTICS, INC., and APPLIED BALLISTICS MEDIA, INC.<br><br>            Defendants. | Case No.  5:13-cv-05460-BLF<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE;**<br><br>**[PROPOSED] ORDER**<br><br>Ctrm:       3, 5th Floor<br>Judge:      Hon. Beth L. Freeman |
| HORUS VISION, LLC,<br><br>            Plaintiff,<br>     v.<br><br>APPLIED BALLISTICS, LLC, APPLIED BALLISTICS, INC., and APPLIED BALLISTICS MEDIA, INC.,<br><br>            Defendants. | Case No.  5:14-cv-05206-BLF<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE;**<br><br>**[PROPOSED] ORDER**<br><br>Ctrm:       3, 5th Floor<br>Judge:      Hon. Beth L. Freeman |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

DISMISSAL WITH PREJUDICE
CASE NOS. 5:13-CV-05460-BLF
5:14-CV-05206-BLF

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Plaintiff and Counterclaim Defendant Horus Vision, LLC ("Horus Vision") and Defendants and Counterclaim Plaintiffs Applied Ballistics, LLC, Applied Ballistics, Inc., and Applied Ballistics Media, Inc. ("Applied Ballistics") stipulate that Horus Vision's claims are dismissed with prejudice in their entirety and Applied Ballistics' first counterclaim seeking a declaration of invalidity is dismissed without prejudice and their second counterclaim seeking a declaration of non-infringement is dismissed with prejudice.  Judge Freeman, or in her absence, the Northern District of California, will retain jurisdiction to enforce the parties' confidential settlement agreement (the terms of which are incorporated herein by reference). Each party shall bear its own attorneys' fees and costs.

By his signature below, counsel for Horus Vision attests under penalty of perjury that counsel for Applied Ballistics concurs in the filing of this document.

Dated: July 31, 2015                    Respectfully submitted,

                                        COOLEY LLP


                                        */s/ Daniel J. Knauss*
                                        DANIEL J. KNAUSS
                                        Attorneys for Plaintiff
                                        HORUS VISION, LLC

                                        BARNES & THORNBURG LLP


                                        */s/ Lynn C. Tyler*
                                         Lynn C. Tyler
                                        Attorneys for Defendants
                                        APPLIED BALLISTICS, LLC
                                        APPLIED BALLISTICS, INC.
                                        APPLIED BALLISTICS MEDIA, INC.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

DISMISSAL WITH PREJUDICE
CASE NOS. 5:13-CV-05460-BLF
5:14-CV-05206-BLF

**FILER'S ATTESTION**

Pursuant to Civil Local Rule 5.1, the undersigned attests that all Parties have concurred in the filing of this Stipulation of Dismissal with Prejudice and [Proposed] Order.

Dated: July 31, 2015                COOLEY LLP

*/s/ Daniel J. Knauss*
DANIEL J. KNAUSS
Attorneys for Plaintiff
HORUS VISION, LLC

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

DISMISSAL WITH PREJUDICE
CASE NOS. 5:13-CV-05460-BLF
5:14-CV-05206-BLF

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF ALL PARTIES, AND FOR GOOD CAUSE SHOWN:

Horus Vision's claims are dismissed with prejudice in their entirety and Applied Ballistics' first counterclaim seeking a declaration of invalidity is dismissed without prejudice and their second counterclaim seeking a declaration of non-infringement is dismissed with prejudice. The undersigned, or in my absence, the Northern District of California, shall retain jurisdiction to enforce the parties' confidential settlement agreement (the terms of which are incorporated herein by reference). Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _____, 2015                              _____

The Honorable Beth L. Freeman
United States District Judge
Northern District of California

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

**DISMISSAL WITH PREJUDICE**
**CASE NOS. 5:13-CV-05460-BLF**
**5:14-CV-05206-BLF**